UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ZHIHUA OU,<br><br>Petitioner,<br><br>-v-<br><br>U.S. CITIZENSHIP & IMMIGRATION SERVICES,<br><br>Respondent. | : | 26 Civ. 3024 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

Petitioner Zhihua Ou initiated this action by filing a Complaint against Respondent U.S. Citizenship & Immigration Services on April 13, 2026. Petitioner's deadline to serve Respondent was therefore July 13, 2026. *See* Fed. R. Civ. P. 4(m); *see also* Fed. R. Civ. P. 6(a)(1)(C) (providing that if a deadline "is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday"). That deadline has now passed and Petitioner has not provided proof of service upon Respondent. By July 27, 2026, Petitioner must file proof of service upon Respondent or a letter explaining why good cause exists to excuse his failure to serve Respondent. *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").

SO ORDERED.

Dated: July 14, 2026
New York, New York

JOHN P. CRONAN
United States District Judge