UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHIHUA OU,

Petitioner,

-v-

U.S. CITIZENSHIP & IMMIGRATION SERVICES,

Respondent.

26 Civ. 3024 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On July 14, 2026, the Court warned Petitioner Zhihua Ou that his deadline to serve Respondent had passed and required that Petitioner file proof of service by July 27, 2026. Dkt. 4. That deadline too has passed. If Petitioner does not file proof of service by July 31, 2026, the Court will dismiss this case. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice."); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action . . . because of his failure to prosecute cannot seriously be doubted.").

SO ORDERED.

Dated: July 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge